IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD GENE HOLMES | § | |
| VS. | § | CIVIL ACTION NO. 1:10cv509 |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Donald Gene Holes, an inmate confined in the Federal Correctional Institution at Big Spring, Texas ("FCI-Big Spring"), proceeding *pro se*, filed what has been construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks credit towards his sentence for time spent in pretrial detention.

A petition filed pursuant to Section 2241 must filed in the judicial district where the petitioner is incarcerated. *United States v. Gabor*, 905 F.2d 76 (5th Cir. 1990).

FCI-Big Spring is located in the Abilene Division of the Northern District of Texas. As petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over his petition and may not adjudicate his claim. Accordingly, this petition will be transferred to the Abilene Division of the United States District Court for the Northern District of Texas.

A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this <u>  3  </u> day of <u>    September    </u>, 2010.

<u>      /s/ Earl S. Hines      </u>
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE